IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ASSOCIATION OF COMMUNITY   *
CANCER CENTERS, *et al.*   *
                                  *   Civil Action No. CCB-20-3531
      v.                         *
                                  *
ALEX M. AZAR II, *in his official capacity*   *
*as Secretary of the U.S. Department of*   *
*Health and Human Services*, *et al.*   *
                                *****

## ORDER

For the reasons stated in the accompanying memorandum, it is hereby Ordered that:

1. The plaintiffs' motion for a temporary restraining order and preliminary injunction (ECF 24), construed as a motion for a temporary restraining order, is GRANTED;

2. The defendants are temporarily RESTRAINED from implementing, enforcing, or otherwise effecting the contested Most Favored Nations Rule for a period of FOURTEEN (14) days pursuant to Fed. R. Civ. P. 65(b); and

3. In light of the circumstances of this case, the plaintiffs are not required to post security pursuant to Fed. R. Civ. P. 65(c).

12/23/2020                                                                 /s/
Date                                                                         Catherine C. Blake
                                                                                United States District Judge