# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

ASSOCIATION OF COMMUNITY  
CANCER CENTERS, *et al.*

v.

ALEX M. AZAR II, *in his official capacity as Secretary of the U.S. Department of Health and Human Services*, *et al.*

Civil Action No. CCB-20-3531

*****

# ORDER

For the reasons stated in the accompanying memorandum, it is hereby Ordered that:

1. The plaintiffs' motion for a temporary restraining order and preliminary injunction (ECF 24), construed as a motion for a temporary restraining order, is GRANTED;

2. The defendants are temporarily RESTRAINED from implementing, enforcing, or otherwise effecting the contested Most Favored Nations Rule for a period of FOURTEEN (14) days pursuant to Fed. R. Civ. P. 65(b); and

3. In light of the circumstances of this case, the plaintiffs are not required to post security pursuant to Fed. R. Civ. P. 65(c).

12/23/2020  
Date

/s/  
Catherine C. Blake  
United States District Judge

1