# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ASSOCIATION OF COMMUNITY CANCER CENTERS, *et al.*,<br><br>    *Plaintiffs*,<br><br> v.<br><br>XAVIER BECERRA, in his official capacity as Secretary of the U.S. Department of Health and Human Services, *et al.*,<br><br>    *Defendants*. | Civil Action No. 8:20-cv-03531-GJH<br><br>**JOINT STATUS REPORT** |

  Pursuant to the Court's stay order of January 13, 2021 and the parties' Joint Status Report of August 13, 2021, the parties to the above-captioned case respectfully submit this status report.

  1. This action challenges an interim final rule the Centers for Medicare & Medicaid Services ("CMS") published on November 27, 2020. *See Most Favored Nation (MFN) Model,* 85 Fed. Reg. 76,180 (Nov. 27, 2020) ("MFN Rule"). The Rule seeks to tie drug reimbursement rates for certain drugs under Medicare Part B to the prices set in certain other countries for a seven-year period. On December 23, this Court issued a temporary restraining order ("TRO") prohibiting defendants from implementing or enforcing the MFN Rule for a period of 14 days. ECF No. 44. On January 6, 2021 this Court extended that TRO until January 20. ECF No. 53.

  2. While that TRO was in force, on December 28, 2020, the U.S. District Court for the Northern District of California issued a nationwide preliminary injunction enjoining Defendants from implementing the MFN Rule pending completion of notice-and-comment procedures under the APA. *See Cal. Life Scis. Ass'n v. Ctr. for Medicare & Medicaid Servs.*, No. 20-CV-8603, ECF

No. 50 (N.D. Cal. Dec. 28, 2020). On January 8, 2021, the Solicitor General determined not to appeal the preliminary injunction. The district court has recently reaffirmed that injunction. *See Cal. Life Scis. Ass'n v. Ctr. for Medicare & Medicaid Servs.*, No. 20-CV-8603, ECF No. 58 (N.D. Cal. July 29, 2021) (ordering parties to file status report on Sept. 27, 2021).

3. On January 13, 2021, this Court granted the parties' joint request that this litigation be stayed "until a final rule based on the Most Favored Nation Interim Final Rule is published in the Federal Register; or until further order of this Court, based on the filing of a status report by the parties" indicating that, among other things, "Defendants have rescinded or no longer wish to proceed with the [MFN Rule]." ECF No. 59.

4. Consistent with the *California Life Sciences Association* preliminary injunction, CMS has not implemented the MFN Rule, and it is not currently in effect. On August 10, 2021, the Centers for Medicare & Medicaid Services published a Notice of Proposed Rulemaking ("NPRM") that proposes to rescind the MFN Rule. The NPRM had a comment period of 60 days, which closed on October 12, 2021. The agency is currently considering the comments that were submitted regarding the NPRM.

5. In light of these developments, the parties request that the current stay remain in effect. The parties propose to submit another status report advising the Court of any further developments on or before February 9, 2022.

DATED: November 11, 2021                                  Respectfully submitted,

| | |
|---|---|
| Michele Sartori (Bar No. 26829)<br>E. Elizabeth Halpern (Bar No. 21620)<br>Susan M. Cook (Bar No. 21636)<br>HOGAN LOVELLS US LLP<br>555 Thirteenth Street, NW<br>Washington, DC 20004<br>(202) 637-5600<br>michele.sartori@hoganlovells.com<br>elizabeth.halpern@hoganlovells.com<br>susan.cook@hoganlovells.com<br><br>*Counsel for Plaintiff Association of Community Cancer Centers*<br><br>Andrew Zimmitti (Bar No. 18539)<br>Michael Kolber*<br>Adam Finkelstein<br>MANATT, PHELPS & PHILLIPS LLP<br>1050 Connecticut Avenue, NW, Suite 600<br>Washington, DC 20036<br>(202) 585-6505<br>azimmitti@manatt.com<br>mkolber@manatt.com<br><br>*Counsel for Plaintiff Global Colon Cancer Association* | /s/ John P. Elwood<br>John P. Elwood*<br>Jeffrey L. Handwerker (Bar No. 21685)<br>R. Stanton Jones (Bar No. 20690)<br>Allon Kedem*<br>Diana Sterk*<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>601 Massachusetts Avenue, NW<br>Washington, DC 20001<br>(202) 942-5000<br>john.elwood@arnoldporter.com<br>jeffrey.handwerker@arnoldporter.com<br>stanton.jones@arnoldporter.com<br>allon.kedem@arnoldporter.com<br>diana.sterk@arnoldporter.com<br><br>*Counsel for Plaintiff Pharmaceutical Research and Manufacturers of America*<br><br>Timothy Cleveland*<br>CLEVELAND \| TERRAZAS PLLC<br>303 Camp Craft Rd., Suite 325<br>Austin, TX 78746<br>(512) 689-8698<br>tcleveland@clevelandterrazas.com<br><br>Benjamin H. Carney (Bar No. 27984)<br>GORDON, WOLF & CARNEY, CHTD.<br>100 W. Pennsylvania Avenue, Suite 100<br>Towson, MD 21204<br>(410) 825-2300<br>bcarney@gwcfirm.com<br><br>*Counsel for Plaintiff National Infusion Center Association* |

*\* Pro hac vice*

Respectfully submitted,

BRIAN D. NETTER
Deputy Assistant Attorney General

MICHELLE R. BENNETT
Assistant Branch Director

<u>/s/ Alexandra R. Saslaw</u>
Alexandra R. Saslaw
Rachael L. Westmoreland
Lisa N. Newman
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
(202) 514-4520
alexandra.r.saslaw@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on November 11, 2021, I electronically filed the foregoing with the Court by using the CM/ECF system.  I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.  I also certify that I have received permission from counsel for Defendants to affix their electronic signatures to this pleading.

*/s/ John P. Elwood*
John P. Elwood
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, D.C., 20001
(202) 942-5000
john.elwood@arnoldporter.com

*Counsel for Plaintiff Pharmaceutical Research and Manufacturers of America*
